UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
AUG 23 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Judge James Lawrence King
Magistrate Judge Snow

United States of America,     Case No.: 20-CR-20157 UNGARO
        Plaintiff,
                              ~~Case No.:~~
    vs.
                              ~~1504-019-F-27453-3~~
                              EID Event MCS1005000404

Adrian Martinez Moreno,
        Defendant.

## WRIT OF HABEAS CORPUS OR IN THE ALTERNATIVE MOTION TO RELOCATED FROM A STATE TO FEDERAL DETENTION FACILITY DUE TO COVID

Defendant seeks to be released from the Monroe County Detention Center ("MCDC") due to unsafe conditions of the state-run facility. Additionally, the MCDC lacks access to a law library or legal resources consistent with Bounds v. Smith, U.S. S.Ct. (1977). All other Federal inmates were removed from the MCDC in March of 2020 at the outset of the COVID pandemic. The U.S. Marshalls at that time determined the

page 1/2

Habeas Corpus / Relocation

hygiene and health procedures at MCDC were inadequate. The same conditions persist to this day.

Despite all other inmates being relocated I am left behind like I have just fallen through the gaps. For example, in November of 2020 the entire Dorm E (54 men) were tested and found to be positive for COVID. Now the latest strain, Delta, is impacting daily operation at MCDC. Styrofoam trays are being used; all inmate programs cancelled; and inmate appearances physically in court cancelled.

My attorney Stewart G. Abrams, Esq., AFPD said I should write this to you and his number is (305) 536-6900.

Wherefore, I request to be released from the MCDC, or in the alternative relocated to any other Federally-operated facility in Florida.

Respectfully Submitted,

Tuesday
August 17th, 2021

Adrian Martinez Moreno
Inmate # 65244-004, Monroe County Detention Center
5501 College Rd., Key West, FL 33040

page 2/2

Case 4:21-cv-10086-DPG   Document 1   Entered on FLSD Docket 08/24/2021   Page 3 of 3

Adrian Martinez Moreno
Inmate #68244-004
Monroe County Detention Center
5501 College Rd.
Key West, FL 33040



MIAMI FL 330
19 AUG 2021 PM 4 L

Legal Mail

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Ave.
Miami, FL 33128-7716

33128-771699

THIS LETTER IS FROM AN
INMATE/DETAINEE AT THE
MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL. 33040
ALL INCOMING MAIL MUST HAVE THE SENDERS
FULL NAME AND ADDRESS
INMATE/DETAINEE FULL NAME
PACKAGES, CASH, MONEY ORDERS OR PERSONEL
ITEMS. UNAUTHORIZED ITEMS WILL BE RETURNED
TO SENDER



0920