State Attorneys office
Dennis Ward

Case no 4:21-CV-10086-DPG

Date 9/13/2021

FILED BY ___ D.C.
SEP 20 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Mr Dennis Ward, State Attorneys;

Sir I am writing you this letter concerning my case, I am limited on providing you with a case number #? from my legal documents, all of the case numbers have been "Blacked out" with a marker, So I will provide Extra information that may Help you give you my answer.

Is there a plea Bargain in my case from the State Attorneys office? please write me back, if so please send me a copy.

Respectfully

information
name Adrian Martinez Montero
Date of Birth

x _____
Monroe County Detention
5501 College Road
Key West, Florida
33040

Room/Dorm F-13-U

inmate number
# 6824400 4

ADRIAN MARTINEZ MONTERO /100500.404
MONROE DETENTION CENTER
5501 COLLEGE ROAD
KEY WEST FLORIDA,
    33040



MIAMI FL 330
15 SEP 2021 PM 2 L

UNNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MAIMI FLORIDA, 33128-7716

33128-180549